UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 16, 2024

Dustin J. Merryfield
Larned State Hospital
Isaac Ray Building
1301 Kansas Highway 264
Larned, KS 67550

RE: 24-3070, Merryfield v. Fleet, et al
   Dist/Ag docket: 5:23-CV-03041-TC-TJJ

To All Parties and Counsel:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is listed above. Please note the following requirements for this appeal:

**Entry of Appearance and Certificate of Interested Parties.** All parties are required to file an entry of appearance and certificate of interested parties. 10th Cir. R. 46.1(A) and (D). Pro se individuals must file the enclosed form **within 30 days** of the date of this letter. Counselled parties must file the form **within 14 days** of the date of this letter. Attorneys who do not enter an appearance within the specified time will be removed from the service list.

In addition to an entry of appearance, appellees who do not intend to participate in the appeal must promptly file a notice of non-participation and state whether they wish to continue receiving notice of the court's orders.

**Rule 26 Disclosure Statement.** All entities represented by counsel are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement **within 14 days** of the date of this letter. *See* 10th Cir. R. 26.1(A). Pro se individuals need not file a disclosure statement.

The district court is still reviewing your application to proceed on appeal without prepayment of fees so proceedings in this appeal are suspended. You will receive further instructions once the district court rules.

Prisoners are reminded that to invoke the prison mailbox rule they must include with each pleading a declaration in compliance with 28 U.S.C. § 1746 or a notarized statement,

either of which must set forth the date of deposit with prison officials and must also state that first-class postage has been prepaid. *See* Fed. R. App. P. 25(a)(2)(A)(iii).

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  Rebecca Bergkamp
     Charles Edward Branson
     David R. Cooper
     Jesse J. Gutierrez
     Mark Maloney
     Crystal B. Moe
     Brian White

CMW/djd